UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :     INDICTMENT
                                 :
         - v. -                  :     17 Cr.
                                 :
DENVER MCFADDEN,                 :
                                 :     17 CRIM 463
         Defendant.              :
                                 :
- - - - - - - - - - - - - - - - X

## COUNT ONE

(Coercion and Enticement of a Minor to
Engage in Illegal Sexual Activity)

The Grand Jury charges:

1. From at least in or about January 2017, up to and including at least in or about February 2017, in the Southern District of New York and elsewhere, DENVER MCFADDEN, the defendant willfully and knowingly, did use a facility and means of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years ("Victim-1") to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, DENVER MCFADDEN used the Internet to persuade, induce, entice, and coerce Victim-1, a minor, to engage in sexual activity with MCFADDEN.

(Title 18, United States Code, Section 2422(b).)

**JUDGE KAPLAN**

## COUNT TWO

**(Attempted Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity)**

The Grand Jury charges:

2. From at least in or about March 2017, up to and including at least in or about April 19, 2017, in the Southern District of New York and elsewhere, DENVER MCFADDEN, the defendant, willfully and knowingly did use a facility and means of interstate and foreign commerce in an attempt to persuade, induce, entice, and coerce Victim-1 to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to do so, to wit, DENVER MCFADDEN used the Internet to attempt to persuade, induce, entice, and coerce an undercover law enforcement officer posing as Victim-1, a minor, to engage in sexual activity with MCFADDEN.

(Title 18, United States Code, Section 2422(b).)

### FORFEITURE ALLEGATION

3. As a result of committing the offenses alleged in Counts One and Two of this Indictment, DENVER MCFADDEN, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of said offenses; and any and all property, real or personal, that was used or intended to

be used to commit or facilitate the commission of said offenss.

## Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

        (Title 18, United States Code, Section 2428;
         Title 21, United States Code, Section 853;
    and Title 28, United States Code, Section 2461(c).)

_____
FOREPERSON
July 20, 2017

_____
JOON H. KIM
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

v.

**DENVER MCFADDEN,**

Defendant.

## INDICTMENT

17 Cr.

(18 U.S.C. § 2422(b).)

JOON H. KIM
Acting United States Attorney

_____
Foreperson

7/20/13 Filed indictment
on Judge Netburn